**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 687 MAL 2021

            Respondent         :

                          :   Petition for Allowance of Appeal
                          :   from the Order of the Superior Court

            v.                 :

                          :

CURTIS BARRETT,               :

                          :

            Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.